```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

|   |   |   |
|---|---|---|
| DERREK PANNELL, | : | |
| | : | Civil Action No. 10-527 (NLH) |
| Petitioner, | : | |
| | : | |
| v. | : | **O R D E R** |
| | : | (CLOSED) |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Respondent. | : | |

THIS MATTER having come before the Court by way of petition for a writ of habeas corpus which the Court construes as a a Motion made pursuant to 28 U.S.C. § 2255, on behalf of Petitioner Derrek Pannell, and for the reasons set forth in the Opinion filed herewith,

IT IS on this   10th   day of May , 2010,

ORDERED that the Petition is DISMISSED for lack of subject matter jurisdiction; and it is further

ORDERED that Petitioner's applications and affidavits docketed in this matter as Docket Entry Nos. 2 and 3 are DISMISSED as moot;

ORDERED that the Clerk shall serve a copy of this Order upon Petitioner by regular mail; and it is finally

ORDERED that the Clerk is directed to close the file accordingly without assessing any fees or costs.

        /s/ NOEL L. HILLMAN
    NOEL L. HILLMAN
    United States District Judge

At Camden, New Jersey